IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSE HOOK, On Behalf of Herself and All Others Similarly Situated, | ) COLLECTIVE ACTION ) |
| *Plaintiff*, | ) CASE NO. 3:23-cv-00108 ) |
| v. | ) JUDGE RICHARDSON ) |
| ACME NASHVILLE, LLC d/b/a ACME FEED & SEED, | ) MAGISTRATE JUDGE HOLMES ) |
| | ) JURY DEMAND |
| *Defendant*. | ) |

**PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT
AND DISMISS ACTION WITH PREJUDICE**

The parties have entered into a binding, written Settlement Agreement (the "Settlement" or "Agreement") in this matter, subject to Court approval. Plaintiffs now move the Court to approve their Settlement as a fair and reasonable settlement of *bona fide* disputes under the Fair Labor Standards Act ("FLSA"). The Agreement is attached hereto.

For the reasons set forth in the attached Memorandum of Law, the Settlement should be approved, and this action should be dismissed with prejudice. This Motion is unopposed.

A proposed order granting this relief is attached hereto.

Dated: November 3, 2023

Respectfully submitted,

/s/ Joshua A. Frank
**JOSHUA A. FRANK (No. 33294)**
**NICOLE A. CHANIN (No. 40239)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *Plaintiffs' Unopposed Motion to Approve Settlement and Dismiss Action with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendant as listed below on November 3, 2023.

**COURTNEY LEYES (No. 34012)**
FISHER & PHILLIPS LLP
424 Church St Ste 1700
Nashville, TN 37219
Telephone: (615) 488-2900
Facsimile: (615) 488-2928
cleyes@fisherphillips.com

*Attorney for Defendant*

/s/ Joshua A. Frank
JOSHUA A. FRANK
**BARRETT JOHNSTON
   MARTIN & GARRISON, PLLC**