IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSE HOOK, | ) |
| *Plaintiff*, | ) |
| | ) CASE NO. 3:23-cv-00108 |
| v. | ) JUDGE RICHARDSON |
| ACME NASHVILLE, LLC, | ) |
| *Defendant*. | ) |

**ORDER APPROVING SETTLEMENT AND**
**DISMISSING CASE WITH PREJUDICE**

This matter is before the Court on Plaintiffs' Unopposed Motion to Approve Settlement and Dismiss Action with Prejudice (Doc. No. 48). The Motion is more than adequately supported by Plaintiffs' filings in support and therefore is GRANTED. The Court finds that the Settlement is a fair and reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act.[1] Accordingly, the parties' Settlement is APPROVED, Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court is DIRECTED to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that it did not rubber-stamp any aspect of the settlement, including the proposed $2,000 service award to Named Plaintiff. The prospect of a service award roughly equivalent to a named plaintiff's actual claimed damages—which is what we have here—conceivably could provide perverse incentives for the named plaintiff charged with litigating on behalf of his or her co-plaintiffs. But the Court on balance is satisfied that the requested $2,000 service award to Named Plaintiff did not pose a risk of that occurring in this case sufficient to overcome the countervailing reasons for granting that request.