UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Rose Hook

        Plaintiff,

v.         Case No.: 3:23–cv–00108

Acme Nashville, LLC

        Defendant,

**ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/7/2023 re [50].

Lynda M. Hill
s/ Megan Gregory, Deputy Clerk